1 | Zachary M. Crosner (SBN 272295)
2 | zach@crosnerlegal.com
  | Jamie K. Serb (SBN 289601)
3 | jamie@crosnerlegal.com
  | Brandon K. Brouillette (SBN 273156)
4 | bbrouillette@crosnerlegal.com
  | **CROSNER LEGAL, PC**
5 | 9440 Santa Monica Blvd., Suite 301
  | Beverly Hills, CA 90210
6 | Tel: (310) 496-5818
  | Fax: (310) 510-6429

7 | Attorneys for Plaintiff Charles Keopimpha

8 | [Additional counsel listed on next page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CHARLES KEOPIMPHA, an individual on behalf of himself and on behalf of all others similarly situated, | Case No. 2:23-cv-02833 RGK (SKx) |
|---|---|
| | [Assigned to the Hon. R. Gary Klausner] |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL [FRCP 41(a)(1)]** |
| vs. | |
| MANPOWER US INC., a Delaware Corporation; MANPOWERGROUP US, INC., a Wisconsin Corporation; HONEYWELL INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, | Complaint Filed: March 10, 2023<br>Action Removed: April 13, 2023 |
| Defendants. | |

**BLANK ROME LLP**
Natalie Alameddine (SBN 296423)
natalie.alameddine@blankrome.com
Travis Jang-Busby (SBN 283256)
Travis.jangbusby@blankrome.com
Nicole N. Wentworth (SBN 334007)
nicole.wentworth@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant Honeywell International Inc.

Allison S. Wallin, Bar No. 313185
awallin@littler.com
Alexandria W. Rafizadeh, Bar No. 273494
awitte-rafizadeh@littler.com
**LITTLER MENDELSON P.C.**
2049 Century Park East
5th Floor
Los Angeles, California  90067.3107
Telephone:   310.553.0308
Fax No.:     800.715.1330

Attorneys for Defendants
MANPOWER US INC. and
MANPOWERGROUP US INC.

IT IS HEREBY STIPULATED by and between Plaintiff CHARLES KEOPIMPHA and Defendants MANPOWER US INC., MANPOWERGROUP US INC. and HONEYWELL INTERNATIONAL, INC. by and through their counsel of record, that the above-captioned action be and hereby is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees and costs with respect to the dismissal of the above-caption action.

Dated:  July 12, 2023                    Respectfully submitted,

CROSNER LEGAL P.C.

By:   /s/ Brandon Brouillette
Brandon Brouillette

Attorneys for Plaintiff Charles Keopimpha

Dated:  July 12, 2023                    LITTLER MENDELSON, P.C.

By:   /s/ Allison S. Wallin
Allison S. Wallin
Alexandria W. Rafizadeh

Attorneys for Defendants Manpower US Inc. and Manpowergroup US Inc.

Dated:  July 12, 2023                    BLANK ROME LLP

By:   /s/ Natalie Alameddine
Natalie Alameddine
Travis Jang-Busby
Nicole Wentworth

Attorneys for Defendant Honeywell International, Inc.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this **JOINT STIPULATION FOR DISMISSAL** is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Brandon Brouillette
Brandon Brouillette

Attorneys for Plaintiff Charles Keopimpha

# PROOF OF SERVICE
CHARLES KEOPIMPHA v. MANPOWER US INC et al.
UNITED STATES DISTRICT COURT Case No.: 2:23-cv-02833 RGK (SKx)

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 9440 Santa Monica Blvd., Ste. 301, Beverly Hills, CA 90210.
On July 12, 2023 I served the foregoing document(s) described as:

**PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT GARDEN GROVE UNIFIED SCHOOL DISTRICT'S PERSON MOST QUALIFIED PURSUANT TO FED. R. CIV. P. 30(b)(6)**

☒ **BY CM/ECF:** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

SERVICE LIST:

| | |
|---|---|
| Natalie Alameddine<br>Travis Jang-Busby<br>Nicole N. Wentworth<br>**BLANK ROME LLP**<br>2029 Century Park East \| 6th Floor<br>Los Angeles, CA 90067<br>Telephone:   424.239.3400<br>Facsimile:   424.239.3434 | natalie.alameddine@blankrome.com<br>Travis.jangbusby@blankrome.com<br>nicole.wentworth@blankrome.com<br><br>Attorneys for Defendant<br>HONEYWELL INTERNATIONAL INC. |
| Allison S. Wallin<br>Alexandria W. Rafizadeh<br>**LITTLER MENDELSON P.C.**<br>2049 Century Park East<br>5th Floor<br>Los Angeles, California 90067.3107<br>Tel.: (310)553-0308<br>Fax: (800) 715-1330 | awallin@littler.com<br>awitte-rafizadeh@littler.com<br><br>Attorneys for Defendants<br>MANPOWER US INC. and<br>MANPOWERGROUP US INC. |

I declare under penalty of perjury under the laws of the State of California the above is true and correct. Executed on April 21, 2023, at Los Angeles, CA.

_____
Maria Monterrey